IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bryant Bennett,<br><br>Plaintiff,<br><br>v.<br><br>Kershaw Correctional Institution,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-02223-SAC<br><br><br><br>**OPINION AND ORDER** |

Plaintiff, a state prisoner, proceeding *pro* se, brought this action seeking damages pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to a United States Magistrate Judge for pre-trial proceedings.

By Order filed on June 9, 2026, by United States Magistrate Judge Thomas E. Rogers, III, Plaintiff was informed that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form. ECF No. 5. Plaintiff was informed that failure to bring the case into proper form would subject the complaint to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1. The Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id*. at 6. The case was transferred for pre-trial proceedings to United States Magistrate Judge Kevin F. McDonald on July 17, 2026. ECF No. 11. Plaintiff did not respond to Judge Rogers' Order, so on July 28, 2026, Plaintiff was informed for a second time that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form by Judge McDonald. ECF No. 14. Plaintiff was informed for a second time that his failure to bring the case into proper form would subject his complaint to dismissal for failure to prosecute and failure to comply with an order of the Court.

*Id*. at 1. The Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id*. at 3. Plaintiff has not complied with this Court's Orders on June 9, 2026, or July 28, 2026, and the time to respond has now passed.

Plaintiff has failed to prosecute this case and has failed to comply with Orders of this Court. Accordingly, the case is dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

United States District Judge

August 18, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.